1 | June D. Coleman - 191890
ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
2 | 555 University Avenue, Suite 200 East
Sacramento, CA 95825
3 | Tel: (916) 283-8820
Fax: (916) 283-8821
4 | mellis@ecplslaw.com
jcoleman@ecplslaw.com
5 |
Attorneys for
6 | DEFENDANTS CBSJ FINANCIAL CORP.

7 |

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN JOSE

11 | LINDA HERNANDEZ,                          Case No.: C08 04427

12 |          Plaintiff,                       [PROPOSED] ORDER GRANTING
                                              TELEPHONIC APPEARANCE BY
13 | v.                                        DEFENDANT'S INSURANCE
                                              REPRESENTATIVE AT MEDIATION
14 | CBSJ FINANCIAL CORP.,
                                              DATE:      May 7, 2009
15 |          Defendant.                       TIME:      1:30 p.m.
                                              MEDIATOR: Robert L. Hines
16 |

17 |

18 |

19 | Good cause existing, the Court hereby grants defendant's request for permission to appear at

20 | the mediation by telephone and hereby excuses defendant's insurance representative from personal

21 | appearance at the mediation session scheduled for May 7, 2009. Defendant's insurance representative

22 | is required to be immediately available by telephone for the duration of the mediation.

23 | IT IS SO ORDERED.

24 |

25 | Date: 4- 06 - , 2009

26 | Magistrate Judge Wayne D. Brazil
United States District Court

27 |

28 |

-1-

[PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE BY DEFENDANT'S INSURANCE REPRESENTATIVE AT MEDIATION