\*\*E-Filed 5/14/09\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| LINDA HERNANDEZ,<br><br>            Plaintiff,<br><br>   v.<br><br>CBSJ FINANCIAL CORPORATION,<br><br>            Defendant. | Case Number C 08-4427 JF (RS)<br><br>ORDER OF DISMISSAL |

The Court- appointed mediator has advised the Court that the parties have agreed to a settlement of this case.

IT IS HEREBY ORDERED that the case be dismissed with prejudice.  However, if any party notifies the Court within ninety days of the date of this order that the agreed consideration for said settlement has not been delivered, this order will be vacated and the case will be restored to the calendar to be set for trial.

Dated:  May 14, 2009

_____
JEREMY FOGEL
United States District Judge

Case No. C 08-4427 JF (RS)
ORDER OF DISMISSAL
(JFLC2)

1  Copies of Order served on:

2

3  June D. Coleman     jcoleman@ecplslaw.com, jmueller@ecplslaw.com

4  Nicholas J. Bontrager     nbontrager@consumerlawcenter.com

5  Nicholas Joseph Bontrager     nbontrager@consumerlawcenter.com,
   akrohn@consumerlawcenter.com
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 08-4427 JF (RS)
ORDER OF DISMISSAL
(JFLC2)